**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SYMBOLY INNOVATIONS LLC,**<br>    Plaintiff,<br><br>    v.<br><br>**BRUNSWICK CORPORATION,**<br>d/b/a LIFE FITNESS,<br>    Defendant. | C.A. No. 1:18-cv-00565-GMS<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**DEFENDANT BRUNSWICK CORPORATION'S
RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to D. Del. LR 7.1.2, Defendant Brunswick Corporation, d/b/a Life Fitness, ("Brunswick") respectfully moves this Court to dismiss Plaintiff Symbology Innovations LLC's Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in Brunswick's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated: May 8, 2018                                Respectfully submitted,

                                         **FISH & RICHARDSON P.C.**

                                         By:  */s/ Jeremy D. Anderson*
                                                   Jeremy D. Anderson (No. 4515)
                                                   222 Delaware Avenue, 17th Floor
                                                   Wilmington, Delaware 19801
                                                   (302) 658-5070 (Telephone)
                                                   (302) 652-0607 (Facsimile)
                                                   janderson@fr.com

                                                   Neil J. McNabnay, *pro hac vice filed*
                                                   David B. Conrad, *pro hac vice filed*
                                                   Ricardo J. Bonilla, *pro hac vice filed*
                                                   Theresa M. Dawson, *pro hac vice filed*
                                                   Rodeen Talebi, *pro hac vice filed*
                                                   1717 Main Street, Suite 5000
                                                   Dallas, Texas 75201
                                                   (214) 747-5070 - Telephone
                                                   (214) 747-2091 - Facsimile
                                                   mcnabnay@fr.com
                                                   conrad@fr.com
                                                   rbonilla@fr.com
                                                   tdawson@fr.com
                                                   talebi@fr.com

                                                 **COUNSEL FOR DEFENDANT**
                                                 **BRUNSWICKCORPORATION,**
                                                 **d/b/a LIFE FITNESS**