**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SYMBOLY INNOVATIONS LLC,**<br>       Plaintiff,<br><br>    v.<br><br>**BRUNSWICK CORPORATION,**<br>**d/b/a LIFE FITNESS,**<br>       Defendant. | C.A. No. 1:18-cv-565-GMS<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**DEFENDANT BRUNSWICK CORPORATION'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Brunswick Corporation, d/b/a Life Fitness, ("Brunswick") states that Brunswick is a publicly traded Delaware corporation (NYSE:BC). Brunswick further states that no publicly traded company owns 10% or more of Brunswick's stock.

Dated: May 8, 2018
                Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ Jeremy D. Anderson*
     Jeremy D. Anderson (No. 4515)
     222 Delaware Avenue, 17th Floor
     Wilmington, Delaware 19801
     (302) 658-5070 (Telephone)
     (302) 652-0607 (Facsimile)
     janderson@fr.com

     Neil J. McNabnay, *pro hac vice filed*
     David B. Conrad, *pro hac vice filed*
     Ricardo J. Bonilla, *pro hac vice filed*
     Theresa M. Dawson, *pro hac vice filed*
     Rodeen Talebi, *pro hac vice filed*
     1717 Main Street, Suite 5000
     Dallas, Texas 75201
     (214) 747-5070 - Telephone
     (214) 747-2091 - Facsimile
     mcnabnay@fr.com
     conrad@fr.com
     rbonilla@fr.com
     tdawson@fr.com
     talebi@fr.com

**COUNSEL FOR DEFENDANT**
**BRUNSWICKCORPORATION,**
**d/b/a LIFE FITNESS**