# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 1:18-cv-00565 |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| BRUNSWICK CORPORATION d/b/a § | |
| LIFE FITNESS § | |
| § | |
| Defendant. § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Plaintiff, Symbology Innovations LLC ("Symbology"), through its undersigned attorneys, respectfully states and prays:

1. On May 8, 2018, Defendant, Brunswick Corporation d/b/a Life Fitness filed a Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss") and, on that same date, its Answer to Complaint and Counterclaim ("Counterclaim"). (See Dockets No. 6 and 7).

2. Pursuant to Local Rule 7.1.2 (b), Symbology must serve its response to Defendant's Motion to Dismiss within 14 days after being served with the same. To fully and adequately file a response to Defendants' Motion to Dismiss, Symbology requests that this Court grant an extension of time of seven (7) additional days, that is, until May 29, 2018 for Symbology to respond to Defendant's Motion to Dismiss. At the present, Symbology would not need an extension to file its answer to Defendant's Counterclaim (which would also be due on May 29, 2018).

3. This request is done in a responsible manner and the parties have conferred and the same is unopposed. Granting an extension of time of seven (7) days will not unduly delay the proceedings before this Honorable Court and will not prejudice any of the parties involved.

**WHEREFORE**, Symbology respectfully requests this Honorable Court to grant an extension of time of seven (7) days, that is, until May 29, 2018, to file a response to Defendant's Motion to Dismiss for Failure to State a Claim.

Dated: May 15, 2018

Respectfully submitted,

By: */s/ Jeremy D. Anderson*
Jeremy D. Anderson (No. 4515)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 658-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay, *pro hac vice filed*
David B. Conrad, *pro hac vice filed*
Ricardo J. Bonilla, *pro hac vice filed*
Theresa M. Dawson, *pro hac vice filed*
Rodeen Talebi, *pro hac vice filed*
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile
mcnabnay@fr.com
conrad@fr.com
rbonilla@fr.com
tdawson@fr.com
talebi@fr.com

**COUNSEL FOR DEFENDANT BRUNSWICKCORPORATION, d/b/a LIFE FITNESS**

/s/Stamatios Stamoulis
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com

STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

Eugenio J. Torres-Oyola
(Pro Hac Vice Application Pending)
Jean G. Vidal Font
(Pro Hac Vice Application Pending)
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF Symbology Innovations LLC**