

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**VIA ECF**

June 5, 2018

**Jeremy D. Anderson**
Principal
janderson@fr.com
302 778 8452  direct

The Honorable Gregory M. Sleet
United States District Court, Delaware
844 King Street, Room 4324
Wilmington, DE 19801

Re:   Symbology Innovations LLC v. Brunswick Corporation d/b/a Life Fitness
      USDC-DE – C.A No. 1:18-cv-00565-GMS

Dear Judge Sleet:

In response to Defendant Brunswick Corporation's Rule 12(b)(6) Motion to Dismiss for Failure to state a Claim (D.I. 6)(the "Motion"), Plaintiff filed an Opposition to the Motion and a First Amended Complaint on May 29, 2018 (D.I.16).  Given Plaintiff's amended pleading, Defendant will not be filing a Reply Brief in Support of its Motion today.  Rather, pursuant to the Federal Rules of Civil Procedure and Local Rules, Defendant will file a motion to dismiss the Amended Complaint and Opening Brief in support thereof on June 12, 2018.

Respectfully submitted,

*/s/ Jeremy D. Anderson*

Jeremy D. Anderson
Principal

JDA/jrm

80176462.doc(D.I. 6)

fr.com