IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>BRUNSWICK CORPORATION<br>d/b/a LIFE FITNESS,<br><br>               Defendant. | C.A. No. 18-565 (GMS) |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Symbology Innovations LLC ("Plaintiff") and Defendant Brunswick Corporation d/b/a Life Fitness ("Defendant"), subject to the approval of the Court, that the time for Defendant to file its Reply Brief in Support of its Motion to Dismiss ("Motion") is extended from July 2, 2018 to and including July 9, 2018.

The reason for the requested extensions is to allow counsel for Defendant additional time to research the arguments and assertions set forth in Plaintiff's Answering Brief, and consult with their client. No party will be prejudiced by these brief extensions.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | FISH & RICHARDSON P.C. |
| */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis (No. 4606)<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br><br>ATTORNEYS FOR PLAINTIFF<br>SYMBOLOGY INNOVATIONS LLC | */s/ Jeremy D. Anderson*<br>Jeremy D. Anderson (No. 4515)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 658-5070<br>janderson@fr.com<br><br>ATTORNEYS FOR DEFENDANT<br>BRUNSWICK CORPORATION d/b/a LIFE FITNESS |

Dated: June 29, 2018

SO ORDERED, this ___ day of _____, 2018.

_____
HON. GREGORY M. SLEET